UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-002-RCJ-GWF |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| **OMAR RICHARDSON**, | |
| Defendant. | |

For good cause shown, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the allegations brought against defendant **OMAR RICHARDSON**, which are contained in the Petition for Summons for Offender Under Supervision issued on or about January 14, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 10th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

3