FILED ___ ✓ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-002-RCJ-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OMAR RICHARDSON ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#273) on February 9, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $103,665.00

**Total Amount of Restitution ordered: $103,665.00\*\***
\*\*Joint and Several with co-defendants

Dated this 24th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE